IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 22-1163-CJB ) |
| 317 LABS, INC. d/b/a EMOTIVE, | ) ) |
| Defendant. | ) |

# NOTICE OF SERVICE

The undersigned hereby certifies that on the 1st day of March, 2023, **DEFENDANT EMOTIVE'S INITIAL DISCLOSURES** were served upon the below-named counsel of record at the addresses and in the manner indicated:

Jack B. Blumenfeld, Esquire                                    <u>VIA ELECTRONIC MAIL</u>
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

Christopher C. Campbell, Esquire                           <u>VIA ELECTRONIC MAIL</u>
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006

Britton F. Davis, Esquire                                         <u>VIA ELECTRONIC MAIL</u>
King & Spalding LLP
1401 Lawrence Street, Suite 1900.
Denver, CO 80202

{01837471;v1 }

*Of Counsel:*

Richard F. Martinelli
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
(212) 506-5000

Jonathan Liu
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
(650) 614-7400

Evan Brewer
Orrick, Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
(206) 839-4300

Dated:  March 1, 2023

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com