IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATTENTIVE MOBILE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 22-1163 (CJB) |
| | ) |
| 317 LABS, INC. d/b/a EMOTIVE, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS the parties have reached an agreement in principle to resolve this case; and

WHEREAS the parties jointly request that the Court stay all deadlines in this case until December 30, 2024, so that the parties can work on finalizing a resolution without incurring unnecessary litigation costs;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed. If the parties have not filed a stipulation of dismissal by December 30, 2024, they shall submit a joint status report to the Court.

|  | ASHBY & GEDDES |
|---|---|
| *Of Counsel:* | */s/ Andrew C. Mayo* |
|  | _____ |
| Alex V. Chachkes | John G. Day (#2403) |
| SETTY CHACHKES PLLC | Andrew C. Mayo (#5207) |
| 228 Park Avenue South, Suite 54517 | 500 Delaware Avenue, 8th Floor |
| New York, NY 10003 | P.O. Box 1150 |
| (917) 428-1358 | Wilmington, DE 19801 |
| alex@sechalaw.com | (302) 654-1888 |
|  | jday@ashbygeddes.com |
|  | amayo@ashbygeddes.com |
|  |  |
|  | *Attorneys for Defendant* |
|  | *317 Labs, Inc. d/b/a/ Emotive* |

{02071029;v1 }

<div style="display: flex;">

<div>

*Of Counsel*:

Christopher C. Campbell
Brian Hill
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 626-5578

Britton F. Davis
Brian Eutermoser
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2300

</div>

<div>

MORRIS NICHOLS ARSHT & TUNNELL

*/s/ Michael J. Flynn*
_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff*
*Attentive Mobile Inc.*

</div>

</div>

**SO ORDERED** this _____ day of November, 2024.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE